SPARTAN HOME LOANS
P.O. Box 790
Elk Grove, CA  95759
Telephone: (916) 485-5626

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>REAL PROPERTY LOCATED AT 9789 FALL VALLEY WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 122-0740-067-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　Defendants. | 2:18-CV-00745-KJM-CKD<br><br>STIPULATION AND ORDER TO WITHDRAW CLAIM OF LIENHOLDER SPARTAN MORTGAGE SERVICES, INC. DBA SPARTAN HOME LOANS |

**IT IS HEREBY STIPULATED** by and between claimant, Spartan Mortgage Services, Inc. dba Spartan Home Loans ("Claimant"), and the United States of America, by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

　　　　1.　　　　Claimant asserted a lienholder interest in the defendant property located at 5211 Esmeralda Street, Sacramento, California, Sacramento County, APN:  023-0132-010-0000 ("defendant Esmeralda Street").

　　　　2.　　　　The loan has since been satisfied and Claimant no longer has an interest in the defendant Esmeralda Street property.

　　　　3.　　　　Accordingly, Claimant hereby withdraws their claim filed May 29, 2018 [Dk. 11] in the above-captioned case with respect to the defendant Esmeralda Street

1 property.

2     4.    To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Esmeralda Street property is the *in rem* defendant.

    5.    Each party hereto is to bear its own costs.

    6.    Claimant is hereby removed from the Service List for the above-captioned case.

Date:  8/31/2023

By:   /s/ Kerie Lee Bieber
       KERIE LEE BIEBER, Claimant
       President of Spartan Mortgage Services, Inc.
       (Authorized by email)

Date:  9/1/2023            PHILLIP A. TALBERT
                           United States Attorney

By:   /s/ Kevin C. Khasigian
       KEVIN C. KHASIGIAN
       Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation to Withdraw Claim by Claimant Spartan Mortgage Services, Inc. dba Spartan Home Loans ("the Stipulation") and the United States of America, by and through their respective counsel. For the reasons stated in the Stipulation and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Claimant's claim filed May 29, 2018 [Dk. 11] in the above-captioned case is hereby deemed withdrawn.

3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Dated: September 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE