1  SPARTAN HOME LOANS
2  P.O. Box 790
   Elk Grove, CA  95759
3  Telephone: (916) 485-5626

4

5

6

7                      UNITED STATES DISTRICT COURT
8                      EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,            | 2:18-CV-00745-KJM-CKD
12 |         Plaintiff,                   |
   |     v.                               |
13 |                                      | STIPULATION AND ORDER TO
   | REAL PROPERTY LOCATED AT 9789        | WITHDRAW CLAIM OF LIENHOLDER
14 | FALL VALLEY WAY, SACRAMENTO,         | SPARTAN MORTGAGE SERVICES, INC.
   | CALIFORNIA, SACRAMENTO COUNTY,       | DBA SPARTAN HOME LOANS
15 | APN: 122-0740-067-0000, INCLUDING ALL|
   | APPURTENANCES AND IMPROVEMENTS       |
16 | THERETO, ET AL.,                     |
17 |         Defendants.                  |

18

19     **IT IS HEREBY STIPULATED** by and between claimant, Spartan Mortgage

20 Services, Inc. dba Spartan Home Loans ("Claimant"), and the United States of America, by

21 and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

22     1.     Claimant asserted a lienholder interest in the defendant property located at

23 4705 67th Street, Sacramento, California, Sacramento County, APN:  021-0331-015-0000

24 ("defendant 67th Street").

25     2.     The loan has since been satisfied and Claimant no longer has an interest in the

26 defendant 67th Street property.

27     3.     Accordingly, Claimant hereby withdraws their claim filed May 29, 2018

28 [Dk. 10] in the above-captioned case with respect to the defendant 67th Street property.

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant 67th Street property is the *in rem* defendant.

5. Each party hereto is to bear its own costs.

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: 8/31/2023

By: /s/ Kerie Lee Bieber
KERIE LEE BIEBER, Claimant
President of Spartan Mortgage Services, Inc.
(Authorized by email)

Date: 9/1/2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation to Withdraw Claim by Claimant Spartan Mortgage Services, Inc. dba Spartan Home Loans ("the Stipulation") and the United States of America, by and through their respective counsel.  For the reasons stated in the Stipulation and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.
2. Claimant's claim filed May 29, 2018 [Dk. 10] in the above-captioned case is hereby deemed withdrawn.
3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Dated:  September 6, 2023.

CHIEF UNITED STATES DISTRICT JUDGE