ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00745-DJC-CKD |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE RE THREE REAL PROPERTIES |
| REAL PROPERTY LOCATED AT 9789 FALL VALLEY WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 122-0740-067-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.      This is a civil forfeiture action against three real properties listed below:

    a.  9789 Fall Valley Way, Sacramento, California, Sacramento County, APN: 122-0740-067-0000,

    b.  4705 67th Street, Sacramento, California, Sacramento County, APN: 021-0331-015-0000, and

    c.  5211 Esmeralda Street, Sacramento, California, Sacramento County, APN: 051-0354-011-0000 (hereafter "defendant properties").

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 3, 2018, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

1

3. On July 23, 2018, the defendant properties were posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on April 20, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 21, 2018.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to the defendant properties:

    a.    Qin Lin,
    b.    Dao Lu Lin,
    c.    Hongfa Lin,
    d.    Sunset Mortgage, and
    e.    Spartan Mortgage Services, Inc.

6. Claimant Sunset Capital, Inc., filed a Verified Claim on May 29, 2018, claiming a lien holder interest in the defendant property at 9789 Fall Valley Way, Sacramento, California, and an Answer to the Complaint on June 19, 2018. Claimant Spartan Mortgage Services, Inc. filed a Claim on May 29, 2018, claiming a lien holder interest in the defendant property at 4705 67th Street, Sacramento, California. Claimant Spartan Mortgage Services, Inc. filed a Claim on May 29, 2018, claiming a lien holder interest in the defendant property at 5211 Esmeralda Street, Sacramento, California. Claimant Dao Lu Lin filed a Claim, claiming an interest in the defendant property at 4705 67th Street, Sacramento, California, and an Answer to the Complaint on June 29, 2018. Claimant Qin Lin filed a Claim, claiming an interest in the defendant property at 9789 Fall Valley Way, Sacramento, California, and an Answer to the Complaint on June 29, 2018. Claimant Hongfa Lin filed a Claim, claiming an interest in the defendant property at 5211 Esmeralda Street, Sacramento, California, and an Answer to the Complaint on June 29, 2018. No other parties have filed claims or answers regarding these defendant properties, and the time in which any person or entity may file a claim and answer has expired.

7. On September 30, 2021, escrow closed for the defendant property at 9789 Fall Valley Way, Sacramento, California, Sacramento County, APN: 122-0740-067-0000, and the United States

Final Judgment of Forfeiture

received a wire transfer in the amount of $210,780.06, which will be substituted in lieu of the real property.  Sunset Capital, Inc. was paid in full through escrow.

8.     On November 17, 2021, escrow closed for the defendant property at 5211 Esmeralda Street, Sacramento, California, Sacramento County, APN: 051-0354-011-0000, and the United States received a wire transfer in the amount of $45,514.21, which will be substituted in lieu of the real property.  Spartan Mortgage Services, Inc. was paid in full through escrow.  Spartan Mortgage Services, Inc. withdrew their claim on September 6, 2023.

9.     On July 31, 2023, escrow closed for the defendant property at 4705 67th Street, Sacramento, California, Sacramento County, APN: 021-0331-015-0000, and the United States received a wire transfer in the amount of $162,057.14, which will be substituted in lieu of the real property. Spartan Mortgage Services, Inc. was paid in full through escrow.  Spartan Mortgage Services, Inc. withdrew their claim on September 6, 2023.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     Judgment is hereby entered against claimants Qin Lin, Dao Lu Lin, Hongfa Lin, Sunset Capital, Inc., and all other potential claimants who have not filed claims in this action.

2.      Upon entry of this Final Judgment of Forfeiture, the following amounts of net proceeds from the sale of each defendant real property, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law:

   a.     $120,780.06 of the $210,780.06 from 9789 Fall Valley Way, Sacramento, California, Sacramento County, APN: 122-0740-067-0000,

   b.     $92,057.14 of the $162,057.14 from 4705 67th Street, Sacramento, California, Sacramento County, APN: 021-0331-015-0000, and

   c.     $25,514.21 of the $45,514.21 from 5211 Esmeralda Street, Sacramento, California, Sacramento County, APN: 051-0354-011-0000.

3.     Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, the following amounts of net proceeds from the sale of each defendant real property, shall be returned to the claimants listed below through attorney Linda M. Parisi:

3

a.  $90,000.00 of the $210,780.06 from 9789 Fall Valley Way, Sacramento, California, shall be returned to claimant Qin Lin,

b.  $70,000.00 of the $162,057.14 from 4705 67th Street, Sacramento, California, shall be returned to claimant Dao Lu Lin, and

c.  $20,000.00 of the $45,514.21 from 5211 Esmeralda Street, Sacramento, California, shall be returned to claimant Hongfa Lin.

4.  The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, as well as those now known or disclosed.  Claimants waived the provisions of California Civil Code § 1542.

5.  Claimants waived any and all claim or right to interest that may have accrued on the total amount of net proceeds from the sale of the defendant real properties.

6.  All parties are to bear their own costs and attorneys' fees.

7.  The U.S. District Court for the Eastern District of California, Hon. Daniel J. Calabretta, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

8.  Based upon the allegations set forth in the Complaint filed April 3, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 22nd day of June, 2026.


/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4

Final Judgment of Forfeiture